UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. VANDERPOOL,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

25-CV-6905 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    August 26, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge