UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. VANDERPOOL,

Plaintiff,

-against-

CITY OF NEW YORK,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/9/2026___

**25-CV-6905 (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE PARKER, UNITED STATES MAGISTRATE JUDGE:**

On March 5, 2026, the parties appeared before the undersigned for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.** The parties shall have until **March 30, 2026**, to amend the pleadings and join parties. No further amendments or joinder of parties thereafter absent good cause.  The briefing schedule for Defendant's anticipate motion to dismiss set at ECF No. 16 remains in effect.

**Discovery.** The deadline to complete all discovery is **November 10, 2026.** The parties will be limited to 25 document requests each and 5 depositions each.  Initial document requests are to be served by **April 6, 2026**.

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).**  Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.** Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses. A failure to comply with this responsibility carries serious consequences. Requests for any and all documents on a broad topic are presumptively improper. Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited. *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 01304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Status Letter.** In lieu of scheduling a case management conference, the parties shall provide a status update on discovery by **May 7, 2026**.

**Pro Se Clinic.**   The Court also notes, as it did on the record, that there is a legal clinic in this District available to assist pro se parties in civil cases.  The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court.  The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion.  Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.  If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic

can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org.  In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm.  Appointments are also available remotely Monday through Friday, 10am to 4pm.

**SO ORDERED.**

Dated:    March 9, 2026
             New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge