USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. VANDERPOOL,

Plaintiff,

-against-

CITY OF NEW YORK,

Defendant.

**25-CV-6905 (KHP)**

**SCHEDULING ORDER**

**KATHARINE PARKER, UNITED STATES MAGISTRATE JUDGE:**

On July 7, 2026, the parties filed a joint letter updating the Court as to the status of discovery in the above-entitled action. The Court thanks the parties for the update. The parties are directed to file an additional status update by **September 7, 2026**.

**SO ORDERED.**

Dated: July 8, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge